S. LANE TUCKER
United States Attorney

AMY E. MILLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: amy.miller@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  vs.<br><br>CHARLIE LEWIS, III,<br><br>          Defendant. | No. 3:23-cr-00098-JMK-MMS<br><br>COUNT 1:<br>POSSESSION OF CONTROLLED SUBSTANCES WITH INTENT TO DISTRIBUTE<br>  Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(C)<br><br>COUNT 2:<br>POSSESSION OF FIREARMS IN FURTHERANCE OF DRUG TRAFFICKING CRIME<br>  Vio. of 18 U.S.C. § 924(c)(1)(A)(i)<br><br>COUNT 3:<br>FELON IN POSSESSION OF A FIREARM<br>  Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>  21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(a) |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about September 26, 2023, within the District of Alaska, the defendant, CHARLIE LEWIS, III, did knowingly and intentionally possess with the intent to distribute N-phenyl-N-[1-(2-phenylethyl )-4-piperidinyl] propenamide (fentanyl), cocaine, cocaine base, and psilocybin.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 2

On or about September 26, 2023, within the District of Alaska, the defendant, CHARLIE LEWIS, III, knowingly possessed firearm in furtherance of the drug trafficking crime charged in Count 1, to wit: a Ruger EC9s 9mm semiautomatic pistol.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT 3

On or about September 26, 2023, within the District of Alaska, the defendant, CHARLIE LEWIS, III knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, to wit: a Ruger Pistol EC9s 9mm semiautomatic pistol.

//

//

//

Prior Convictions

| Date of Conviction | Offense | Court | Case No. |
|---|---|---|---|
| September 12, 2016 | Attempted Assault in the Second Degree | Alaska Superior Court, Third Judicial District | 3AN-15-06604CR |
| June 27, 2016 | Conspiracy To Distribute and Possession with Intent to Distribute | United States District Court for the District of Alaska | 3:14-CR-00096-002-RRB |
| June 27, 2016 | Distribution of Methamphetamine | United States District Court for the District of Alaska | 3:14-CR-00096-002-RRB |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2) and 28 U.S.C. § 2461(c).

Upon conviction for the offenses in violation of 21 U.S.C. § 841 set forth in Count 1 of this Indictment, the defendant, CHARLIE LEWIS, III, shall forfeit to the United States any property constituting and derived from, and any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses, including but not limited to:

- $10,000 in U.S. Currency seized on September 26, 2023.

//

//

All pursuant to 21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Amy E. Miller
AMY E. MILLER
Assistant U.S. Attorney
United States of America

s/ Kate Vogel for
S. LANE TUCKER
United States Attorney
United States of America

DATE: October 19, 2023